No. 138. BOCZ *v.* HUDSON MOTOR CAR CO. ET AL. October 12, 1942. Petition for writ of certiorari to the

Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Alexander C. Bocz, pro se. Mr. Henry E. Bodman* for Hupp Motor Car Corp., and *Mr. Wilbur M. Brucker* for the Packard Motor Car Co.,—respondents.

